

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:      Darrell Lee Hodges, Junior  v.  Safeco Lloyds Insurance Company

Appellate case number:    01-13-00691-CV

Trial court case number:  2013-17765

Trial court:              281st District Court of Harris County

Date motion filed:        May 19, 2014

Party filing motion:      Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: _____/s/ Sherry Radack_____
                        ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.

Date: September 2, 2014